# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40084** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **ROBERT NELSON SMITH (1)** | ) | | |
| **WILLIAM BYRD WHYMARK (2)** | ) | | |
| Defendants. | ) | Date of Hearing: | **4/30/25** |

_____

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **6 minutes** |

**APPEARANCES:**      **parties appear:  IN PERSON**

- UNITED STATES OF AMERICA:           **Sara Walton for Skip Jacobs**
- DEFENDANT SMITH'S COUNSEL:        **Sarah Hess**
- DEFENDANT WHYMARK'S COUNSEL:   **Lydia Albert**
- DEFENDANTS:                                      Both on Release – not present – waivers filed

**NATURE OF HEARING:**

**Defendant Smith:**
Defendant Smith requests a continuance in order to give Ms. Hess and Mr. Smith an opportunity to complete their review of specific discovery numbers/calculations.

The Court sets a Status Conference for **May 28, 2025, at 1:00 p.m.** before Judge Crouse in Courtroom 401 in Topeka.

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 5/28/25 as to Defendant Smith.

**Defendant Whymark:**
Defendant Whymark notifies the Court of his intent to change his plea.

The Court sets a change of Plea for **September 3, 2025 at 9:30 a.m.** before Judge Toby Crouse in Courtroom 401.

The time from the notice of intent to change plea until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes.

**Defendants both remain on pretrial release.**